THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO MOLINO, Alias TONY MOLINO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Finch and Pros-

kauer, JJ., dissent and vote to reverse judgment of conviction and discharge defendant, on the ground that the evidence shows that defendant never had either actual or constructive possession of the firearm. (*People* v. *Persce*, 204 N. Y. 397.)